# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| ALLEN P. GOLDEN, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:15-cv-178 |
| | * | |
| v. | * | |
| | * | |
| ANTOINE COLDWELL, Warden, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's December 19, 2016, Report and Recommendation, (dkt. no. 23), to which Petitioner Allen Golden ("Golden") filed Objections, (dkt. no. 25). Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **OVERRULES** Golden's Objections. The Court **GRANTS** Respondent's Motion to Dismiss, **DISMISSES** Golden's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2254, and **DISMISSES as moot** Golden's "Motion for Summary Judgment". The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

AO 72A
(Rev. 8/82)

Additionally, the Court **DENIES** Golden *in forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this 20 day of January, 2017.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)